MD JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| P.C., <u>etc.</u>, <u>et al.</u>,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES, <u>et al.</u>,<br><br>           Defendants. | Lead Case No. CV 07-3413-PLA<br><br>Consolidated Case Nos:<br>CV 09-00842-PLA<br>CV 07-06495-PLA<br><br>**JUDGMENT ON SPECIAL VERDICT** |

These consolidated actions came on regularly for trial on March 6, 2012, in Courtroom 1600 of the United States District Court, Central District of California, Western Division, Magistrate Judge Paul L. Abrams, presiding. Plaintiff P.C. was represented by attorney Dale K. Galipo of the Law Offices of Dale K. Galipo. Plaintiffs E.E. and S.G.P. were represented by attorney Humberto Guizar. Defendants City of Los Angeles, Matthew Meneses, Juan Silva, Daniel Chavez, Sal Flores, Thomas Melendez, Jose Solorzano, Victor Arellano, Roy Escalante and Alex Vargas were represented by Deputy City Attorney Denise Mills of the Los Angeles City Attorney's Office.

A jury of eight persons was regularly empanelled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. By law, the City of Los Angeles is vicariously liable under plaintiffs' state law claims. The jury deliberated and thereafter returned into Court with its verdict as follows:

**Question No. 1:**

Did the following defendants use unreasonable force or fail to intervene in the use of unreasonable force against Mauricio Cornejo?

| | | |
|---|---|---|
| Officer Matthew Meneses | **X** YES | ___ NO |
| Officer Juan Silva | **X** YES | ___ NO |
| Officer Daniel Chavez | ___ YES | **X** NO |
| Officer Sal Flores | ___ YES | **X** NO |

**Question No. 2:**

Did the use of unreasonable force cause injury or harm to Mauricio Cornejo?

**X** YES     ___ NO

**Question No. 3:**

Was the use of unreasonable force a substantial factor in causing the death of Mauricio Cornejo?

**X** YES     ___ NO

**Question No. 4:**

Did the following defendants delay or deny medical care for Mauricio Cornejo in violation of his constitutional rights?

| | | | |
|---|---|---|---|
| Officer Matthew Meneses | **X**___YES | ___NO |
| Officer Juan Silva | **X**___YES | ___NO |
| Officer Daniel Chavez | **X**___YES | ___NO |
| Officer Sal Flores | **X**___YES | ___NO |
| Officer Thomas Melendez | ___YES | **X**___NO |
| Officer Victor Arellano | **X**___YES | ___NO |
| Officer Jose Solorzano | ___YES | **X**___NO |
| Sergeant Roy Escalante | ___YES | **X**___NO |
| Sergeant Alex Vargas | **X**___YES | ___NO |

**Question No. 5:**

Were the following persons negligent toward Mauricio Cornejo?

| | | |
|---|---|---|
| Officer Matthew Meneses | **X**___YES | ___NO |
| Officer Juan Silva | **X**___YES | ___NO |
| Officer Daniel Chavez | **X**___YES | ___NO |
| Officer Sal Flores | **X**___YES | ___NO |
| Officer Thomas Melendez | ___YES | **X**___NO |
| Officer Victor Arellano | **X**___YES | ___NO |
| Officer Jose Solorzano | ___YES | **X**___NO |
| Sergeant Roy Escalante | ___YES | **X**___NO |
| Sergeant Alex Vargas | **X**___YES | ___NO |

**Question No. 6:**

Was the negligence of the defendant(s) you found in Question No. 5 a substantial factor in causing the death of Mauricio Cornejo?

　　**X**___YES　　___NO

**Question No. 7:**

Was Mauricio Cornejo negligent?

　　　**X**　　YES　　　　　　＿＿＿NO

**Question No. 8:**

What percentage of responsibility for Mauricio Cornejo's death do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| Officer Matthew Meneses | **20** % |
| Officer Juan Silva | **10** % |
| Officer Daniel Chavez | **5** % |
| Officer Sal Flores | **5** % |
| Officer Thomas Melendez | **0** % |
| Officer Victor Arellano | **10** % |
| Officer Jose Solorzano | **0** % |
| Sergeant Roy Escalante | **0** % |
| Sergeant Alex Vargas | **7.5** % |
| Mauricio Cornejo | **42.5** % |

**Question No. 9:**

Did Plaintiffs prove that any of the following defendants were malicious, oppressive or in reckless disregard of the rights of Mauricio Cornejo?

| | | |
|---|---|---|
| Officer Matthew Meneses | **X**　　YES | ＿＿＿NO |
| Officer Juan Silva | **X**　　YES | ＿＿＿NO |
| Officer Daniel Chavez | ＿＿＿YES | **X**　　NO |
| Officer Sal Flores | ＿＿＿YES | **X**　　NO |
| Officer Thomas Melendez | ＿＿＿YES | **X**　　NO |

| | | | |
|---|---|---|---|
| Officer Victor Arellano | **X**  YES | ___ NO |
| Officer Jose Solorzano | ___ YES | **X**  NO |
| Sergeant Roy Escalante | ___ YES | **X**  NO |
| Sergeant Alex Vargas | ___ YES | **X**  NO |

After the jury's verdict on liability, the trial proceeded to a second phase on damages. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and thereafter returned into Court with its damages verdict as follows:

**Question No. 1:** If you have found for the plaintiff Estate of Mauricio Cornejo, what amount of damages do you award the plaintiff Estate of Mauricio Cornejo?

$ __870,000__

**Question No. 2:** If you have found the death of Mauricio Cornejo was caused by the wrongful act of one or more of the defendants, what amount of damages do you award the following minor plaintiffs?

S.G.P.   $ __400,000__
P.C.     $ __1,500,000__
E.E.     $ __400,000__

**Question No. 3**: If Plaintiff Estate of Mauricio Cornejo has proven one or more of the following defendants acted with malice, oppression or in reckless disregard to the rights of Maurcio Cornejo, entitling plaintiff to punitive damages, please indicate what amount of punitive damages you award as to each of the following defendants by placing a dollar amount next to the defendant's name. (If you do not

find punitive damages against any of the following defendants, do not place a dollar amount next to the defendant's name.)

| | |
|---|---|
| Officer Matthew Meneses | **$20,000** |
| Officer Juan Silva | **$10,000** |
| Officer Victor Arellano | **$15,000** |

NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that final judgment in this action is entered as follows:

1. Judgment in the sum of $870,000 is entered against Defendants City of Los Angeles, Matthew Meneses, Juan Silva, Daniel Chavez, Sal Flores, Victor Arellano and Alex Vargas in favor of Plaintiff Estate of Mauricio Cornejo.

2. Judgment in the sum of $1,500,000 is entered against Defendants City of Los Angeles, Matthew Meneses, Juan Silva, Daniel Chavez, Sal Flores, Victor Arellano and Alex Vargas in favor of Plaintiff P.C.

3. Judgment in the sum of $400,000 is entered against Defendants City of Los Angeles, Matthew Meneses, Juan Silva, Daniel Chavez, Sal Flores, Victor Arellano and Alex Vargas in favor of Plaintiff E.E.

4. Judgment in the sum of $400,000 is entered against Defendants City of Los Angeles, Matthew Meneses, Juan Silva, Daniel Chavez, Sal Flores, Victor Arellano and Alex Vargas in favor of Plaintiff S.G.P.

5. Judgment in the sum of $20,000 is entered against defendant Matthew Meneses and in favor of Plaintiff Estate of Mauricio Cornejo.

6. Judgment in the sum of $10,000 is entered against defendant Juan Silva and in favor of Plaintiff Estate of Mauricio Cornejo.

7. Judgment in the sum of $15,000 is entered against defendant Victor Arellano and in favor of Plaintiff Estate of Mauricio Cornejo.

8. Plaintiffs may also recover their costs and attorneys' fees pursuant to 42 U.S.C. § 1988.

IT IS SO ORDERED.

DATED: April 25, 2012

_____
Hon. Paul L. Abrams
United States Magistrate Judge